M. P. No. 78-333. MARQUETTE CREDIT UNION *v.* AETNA LIFE & CASUALTY. The petition for writ of certiorari is

denied. *William G. Savastano,* for petitioner. *Hanson, Curran & Parks, David P. Whitman,* for respondent.